Signed and Filed: June 12, 2018

**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>CO DUONG and COLLEEN NGUYEN,<br><br>        Debtors. | Case No. 18-30061 HLB<br><br>Chapter 7 |
| CO DUONG and COLLEEN NGUYEN,<br><br>        Plaintiffs,<br>v.<br><br>70 FAHRENHEIT, INC.,<br><br>        Defendant. | Adv. Proc. No. 18-03009 HLB |

**ORDER CONTINUING HEARING ON MOTION TO DISMISS AND STATUS CONFERENCE**

On April 18, 2018, the court entered an order continuing the hearing on Defendant 70 Farenheit, Inc.'s motion to dismiss (the "Motion"; Dkt. 12) and the scheduling conference to June 28, 2018 at 2:00 p.m. in light of the conversion of Plaintiff Debtors' underlying bankruptcy case to Chapter 7. On April 19, 2018, E. Lynn Schoenmann was appointed Chapter 7 trustee of the Plaintiff Debtors' Chapter 7 estate. See Case No. 18-30061, Dkt. 58. The court hereby **ORDERS** as follows:

(1) The hearing on the Motion and the scheduling conference shall be continued to **July 5, 2018 at 2:00 p.m.** in Courtroom 19 of the United States Bankruptcy Court for

- 1 -

the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California.

(2) On or before **June 22, 2018,** the Trustee shall file and serve a status conference statement explaining whether she intends to prosecute the above-captioned adversary proceeding on behalf of the estate.

(3) If the Trustee does intend to prosecute the action, on or before **June 28, 2018,** she shall substitute herself as plaintiff and shall file and serve a response to the Motion.

**\*\*END OF ORDER\*\***

## Court Service List

E. Lynn Schoenmann
35 Miller Ave. #298
Mill Valley, CA 94941-1903

Jack Praetzellis
Fox Rothschild LLP
345 California St. #2200
San Francisco, CA 94104