# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: bgapuz | Date Created: 6/12/2018 |
| Case: 18−03009 | Form ID: pdfeoapc | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty    Nancy Weng    nweng@tsaoyee.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
    E. Lynn Schoenmann    35 Miller Ave. #298    Mill Valley, CA 94941−1903
    Jack Praetzellis    Fox Rothschild LLP    345 California St. #2200    San Francisco, CA 94104

TOTAL: 2