United States Bankruptcy Court
Northern District of California

Duong,
    Plaintiff

70 Fahrenheit, Inc.,
    Defendant

Adv. Proc. No. 18-03009-HLB

# CERTIFICATE OF NOTICE

District/off: 0971-3     User: bgapuz     Page 1 of 1     Date Rcvd: Jun 12, 2018
                  Form ID: pdfeoapc     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2018.
        +Jack Praetzellis,   Fox Rothschild LLP,   345 California St. #2200,
          San Francisco, CA 94104-2670

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
               E-mail/Text: tteeschoenmann@earthlink.net Jun 13 2018 01:56:46      E. Lynn Schoenmann,
         35 Miller Ave. #298,   Mill Valley, CA 94941-1903
                                                                                                          TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2018                                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2018 at the address(es) listed below:
         Nancy  Weng    on behalf of Plaintiff Colleen  Nguyen nweng@tsaoyee.com, steve.kolkey@gmail.com
         Nancy  Weng    on behalf of Plaintiff Co  Duong nweng@tsaoyee.com, steve.kolkey@gmail.com
         Reno F.R. Fernandez    on behalf of Defendant   70 Fahrenheit, Inc. reno@macfern.com,
          ecf@macfern.com
                                                                                                                                                               TOTAL: 3



Signed and Filed: June 12, 2018

**HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Case No. 18-30061 HLB |
| CO DUONG and COLLEEN NGUYEN, | Chapter 7 |
| Debtors. | |
| CO DUONG and COLLEEN NGUYEN, | Adv. Proc. No. 18-03009 HLB |
| Plaintiffs, | |
| v. | |
| 70 FAHRENHEIT, INC., | |
| Defendant. | |

**ORDER CONTINUING HEARING ON MOTION TO DISMISS AND STATUS CONFERENCE**

On April 18, 2018, the court entered an order continuing the hearing on Defendant 70 Farenheit, Inc.'s motion to dismiss (the "Motion"; Dkt. 12) and the scheduling conference to June 28, 2018 at 2:00 p.m. in light of the conversion of Plaintiff Debtors' underlying bankruptcy case to Chapter 7. On April 19, 2018, E. Lynn Schoenmann was appointed Chapter 7 trustee of the Plaintiff Debtors' Chapter 7 estate. See Case No. 18-30061, Dkt. 58. The court hereby **ORDERS** as follows:

(1) The hearing on the Motion and the scheduling conference shall be continued to **July 5, 2018 at 2:00 p.m.** in Courtroom 19 of the United States Bankruptcy Court for

- 1 -

the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California.

(2) On or before **June 22, 2018,** the Trustee shall file and serve a status conference statement explaining whether she intends to prosecute the above-captioned adversary proceeding on behalf of the estate.

(3) If the Trustee does intend to prosecute the action, on or before **June 28, 2018,** she shall substitute herself as plaintiff and shall file and serve a response to the Motion.

**\*\*END OF ORDER\*\***

- 2 -

**Court Service List**

E. Lynn Schoenmann
35 Miller Ave. #298
Mill Valley, CA 94941-1903

Jack Praetzellis
Fox Rothschild LLP
345 California St. #2200
San Francisco, CA 94104